IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:10-CV-819 JAM KJM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| ALAINA PAUL, | ) | |
| Defendant. | ) | |

On April 29, 2010, the Court entered an Order approving the parties' settlement agreement (the Agreement) in this case.  In the Agreement, defendant Alaina Paul agrees to the entry of judgment against her and in favor of plaintiff United States of America.

Accordingly, it is ORDERED, ADJUDGED and DECREED that:

1.  Judgment is ENTERED in favor of plaintiff United States of America and against defendant Alaina Paul in the amount of $4,500;

2.  Until the judgment is paid in full, interest shall ACCRUE at 3% simple interest per annum; and

3.  The judgment shall be REDUCED to $3,000 at 3% simple

interest per annum provided the Defendant complies with the
reduced judgment repayment schedule set forth in the Agreement.

Dated: April 29, 2010


                          /s/ John A. Mendez
                          JOHN A. MENDEZ
                          UNITED STATES DISTRICT JUDGE